UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61252-CIV-LENARD/DUBÉ

**CYNTHIA MITCHELL**,

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,
Commissioner of Social Security**,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 25) AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 16) AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (D.E. 19)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Robert L. Dubé ("Report," D.E. 25), issued on April 19, 2010, recommending that 1) Plaintiff Cynthia Mitchell's Motion for Summary Judgment (D.E. 16) be granted in part and denied in part and 2) Defendant Michael Astrue's Motion for Summary Judgment (D.E. 19 ) be denied. Therein, the parties were provided ten (14) days to file objections to the Report. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 25), issued on April 19,

2010, is **ADOPTED**.

2. Plaintiff Cynthia Mitchell's Motion for Summary Judgment (D.E. 16) is **GRANTED in part and DENIED in part.**

3. Defendant Michael Astrue's Motion for Summary Judgment (D.E. 19) is **DENIED.**

4. The ALJ's Decision regarding Plaintiff's disability insurance benefits is **REVERSED** and **REMANDED** for proceedings in which the ALJ will re-evaluate its credibility determination of Plaintiff and make a proper residual functional capacity assessment.

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of May, 2010.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**