UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61252-CIV-LENARD/DUBÉ

CYNTHIA MITCHELL,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Petition for Attorney's Fees filed by the Plaintiff (D.E. #27) pursuant to an Order of Reference entered by the Honorable Joan A. Lenard, United States District Judge. This Court has reviewed the motion and the file in this cause.

On May 7, 2010, an Order was entered by Judge Lenard adopting a Report and Recommendation by this Court and reversing and remanding this cause for further proceedings. (D.E. #26).

The present motion seeks an award of fees pursuant to the Equal Access to Justice Act. The motion indicates that 21.7 hours were spent on this case at the rate of $175.02, for a total fee recovery sought of $3,797.93. The motion indicates no objection by the Government to an award of attorney's fees in the amount of $3,797.93 pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, payable to the counsel for the Plaintiff.

This Court finds that the amount for attorney's fees is reasonable and that the Plaintiff should be awarded the sum of $3,797.93 for attorney's fees.

Accordingly, based on the foregoing, it is the recommendation of this Court that the Petition for Attorney's Fees (D.E. #27) be **GRANTED** and that counsel for the Plaintiff be awarded the sum of **$3,797.93** pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

Pursuant to Local Magistrate Rule 4(b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Joan A. Lenard, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this 4 day of June, 2010.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE