UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61252-CIV-LENARD/DUBÉ

**CYNTHIA MITCHELL**,

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,
Commissioner of Social Security**,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 29) AND GRANTING PLAINTIFF'S PETITION FOR ATTORNEY'S FEES (D.E. 27)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Robert L. Dubé ("Report," D.E. 29), issued on June 4, 2010, recommending that the Petition for Attorney's Fees (D.E. 27) be granted and that Plaintiff's counsel be awarded $3,797.93 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Therein, the parties were provided fourteen (14) days to file objections to the Report. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 29), issued on June 4, 2010, is **ADOPTED**.

2. Plaintiff Cynthia Mitchell's Petition for Attorney's Fees (D.E. 27), filed on June 4, 2010, is **GRANTED.**

3. Plaintiff's counsel is awarded $3,797.93 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, for which sum let execution issue..

4. This case is remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of June, 2010.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**